# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BYRON LEE TATE | ) | Case No: 3:01CR185-03 |
| | ) | USM No: 17600-058 |
| Date of Previous Judgment: 02/25/2003 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __time served, plus 10 days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__                    Amended Offense Level: __27__
Criminal History Category: __IV__                 Criminal History Category: __IV__
Previous Guideline Range: __121__ to __151__ months   Amended Guideline Range: __100__ to __125__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __02/25/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __November 18, 2008__

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge